# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WHITNEY ARD

NO. 2024 KW 0860

**SEPTEMBER 16, 2024**

---

In Re:   Whitney Ard, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04779.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT